by him referred to the Court, denied. Petition for writ of mandamus denied.

No. 02–10220 (03A27). RANSOM v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

JULY 24, 2003

No. 02–1483. HAMEROFF ET AL. v. AGENCY FOR HEALTH CARE ADMINISTRATION. Dist. Ct. App. Fla., 1st Dist. Certiorari dismissed under this Court's Rule 46.1.

No. 03A76. BRADSHAW, WARDEN v. COOEY. Application to vacate stay of execution of sentence of death entered by the United States District Court for the Northern District of Ohio on July 23, 2003, presented to JUSTICE STEVENS, and by him referred to the Court, denied.

No. 03–5429 (03A62). IN RE COOEY. Application for stay of execution of sentence of death, presented to JUSTICE STEVENS, and by him referred to the Court, denied. Petition for writ of mandamus and/or prohibition denied.

No. 03–5254 (03A38). WILLINGHAM v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

No. 03–5424 (03A60). JANECKA v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.